VIRTUESQ LLLC
CHRISTIAN L. KAMAU        10996-0
PO BOX 17098
Honolulu, Hawaii 96817
Phone: (808) 271-4537
Email: christian@virtuesq.com

Attorney for Plaintiff
Strike 3 Holdings, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| STRIKE 3 HOLDINGS, LLC, | ) CIVIL NO. 25-00216 MWJS-RT |
|---|---|
| Plaintiff, | ) |
| vs. | ) **PLAINTIFF'S VOLUNTARY** |
| | ) **DISMISSAL WITHOUT** |
| JOHN DOE subscriber assigned IP address 141.239.116.217, | ) **PREJUDICE OF JOHN DOE** |
| Defendant. | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that all of its claims in this action against Defendant John Doe, subscriber assigned IP address 141.239.116.217 are voluntarily dismissed without prejudice. No answer or motion for summary judgment has been filed and no fees or costs are being sought. No other claims, including counterclaims, cross-claims, or third-party claims remain in this action.

*[Space intentionally left blank.]*

DATED:  Honolulu, Hawaii, August 21, 2025.

Respectfully submitted,

/s/ *Christian L. Kamau*
CHRISTIAN L. KAMAU
Attorney for Plaintiff
Strike 3 Holdings, LLC

APPROVED AS TO FORM:



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Christian L. Kamau*<br>
CHRISTIAN L. KAMAU, ESQ.

---

*Strike 3 Holdings, LLC vs. John Doe subscriber assigned IP address 141.239.116.217*, Civ. No. 25-00216 MWJS-RT, Plaintiff's Voluntary Dismissal Without Prejudice of John Doe